UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

KATHLEEN G. CULLY,

                Plaintiff,

- against -

CIFG HOLDING, CIFG GUARANTY, CIFG
EUROPE, CIFG SERVICES, INC., CIFG
ASSURANCE NORTH AMERICA, INC., and
JACQUES ROLFO,

                Defendants.

------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07

07 Civ. 8195 (PKC)

STIPULATION AND ORDER

      IT IS HEREBY STIPULATED that defendants' time to move against or answer the complaint is extended from October 9, 2007 to and including October 31, 2007. This is the first such extension.

Dated: New York, New York
       October 8, 2007

VLADECK, WALDMAN, ELIAS &
ENGELHARD, P.C.

By: _____
   Anne C. Clark (AC 6456)
1501 Broadway
New York, New York 10036
Attorneys for Plaintiff

EPSTEIN, BECKER & GREEN, P.C.

By: _____
   Kenneth J. Kelly (KK 4196)
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
Attorneys for Defendants

SO ORDERED: _____
          U.S.D.J.
          10-9-07

NY:2117563v1