**EPSTEIN BECKER & GREEN, P.C.**
Kenneth J. Kelly (KK 4195)
Lori A. Jordan (LJ 0853)
250 Park Avenue
New York, New York 10177-0077
(212) 351-4500
Attorneys for Defendant
 CIFG Assurance North America, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x
KATHLEEN G. CULLY,                               :
                                                 :
                       Plaintiff,                :
                                                 :
        - against -                              :   07 CIV. 8195 (PKC)
                                                 :
CIFG HOLDING, CIFG GUARANTY, CIFG                :   **RULE 7.1 DISCLOSURE**
EUROPE, CIFG SERVICES, INC., CIFG                :   **STATEMENT OF**
ASSURANCE NORTH AMERICA, INC., and               :   **CIFG ASSURANCE**
JACQUES ROLFO,                                   :   **NORTH AMERICA, INC.**
                                                 :
                       Defendant.                :
------------------------------------------------ X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant CIFG Assurance North America, Inc. ("CIFG-NA") by its attorneys, Epstein Becker & Green, P.C., hereby discloses the following:

    1.    CIFG-NA is not a publicly traded corporation;

    2.    CIFG-NA is a wholly-owned subsidiary of CIFG Services, Inc., which in turn is a wholly-owned subsidiary of CIFG Guaranty Ltd;

    3.    CIFG Guaranty is a wholly-owned subsidiary of CIFG Holding Ltd., which is wholly-owned by NatIxis;

NY:2206699v1

4. NatIxis is owned partially by Banque Fédérale des Banques Populaires and Caisse Nationales des Caisses d'Epargne (French mutual savings banks) and NatIxis is partially publicly-traded in France.

Dated: New York, New York
October 31, 2007

EPSTEIN BECKER & GREEN, P.C.

By: _____
Kenneth J. Kelly (KK 4195)
Lori A. Jordan (LJ 0853)
250 Park Avenue
New York, New York 10177-0077
(212) 351-4500
Attorneys for Defendant
  CIFG Assurance North America, Inc.