**EPSTEIN BECKER & GREEN, P.C.**
Kenneth J. Kelly (KK 4195)
Lori A. Jordan (LJ 0853)
250 Park Avenue
New York, New York 10177-0077
(212) 351-4500
Attorneys for Defendant
 CIFG Guaranty Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

KATHLEEN G. CULLY,

           Plaintiff,

     - against -

CIFG HOLDING, CIFG GUARANTY, CIFG EUROPE, CIFG SERVICES, INC., CIFG ASSURANCE NORTH AMERICA, INC., and JACQUES ROLFO,

           Defendant.

------------------------------------- X

07 CIV. 8195 (PKC)

**RULE 7.1 DISCLOSURE STATEMENT OF CIFG GUARANTY LTD.**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant CIFG Guaranty Ltd. ("CIFG Guaranty") by its attorneys, Epstein Becker & Green, P.C., hereby discloses the following:

    1.    CIFG Guaranty is not a publicly traded corporation;

    2.    CIFG Guaranty is a wholly-owned subsidiary of CIFG Holding Ltd., which is wholly-owned by NatIxis;

NY:2207302v1

3. NatIxis is owned partially by Banque Fédérale des Banques Populaires and Caisse Nationales des Caisses d'Epargne (French mutual savings banks) and NatIxis is partially publicly-traded in France.

Dated: New York, New York
October 31, 2007

EPSTEIN BECKER & GREEN, P.C.

By: _____
Kenneth J. Kelly (KK 4195)
Lori A. Jordan (LJ 0853)
250 Park Avenue
New York, New York  10177-0077
(212) 351-4500
Attorneys for Defendant
  CIFG Guaranty Ltd.