**EPSTEIN BECKER & GREEN, P.C.**
Kenneth J. Kelly (KK 4195)
Lori A. Jordan (LJ 0853)
250 Park Avenue
New York, New York  10177-0077
(212) 351-4500
Attorneys for Defendant
 CIFG Holding Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
KATHLEEN G. CULLY,

           Plaintiff,

    - against -

CIFG HOLDING, CIFG GUARANTY, CIFG EUROPE, CIFG SERVICES, INC., CIFG ASSURANCE NORTH AMERICA, INC., and JACQUES ROLFO,

           Defendant.
------------------------------------x

07 CIV. 8195 (PKC)

**RULE 7.1 DISCLOSURE STATEMENT OF <u>CIFG HOLDING LTD.</u>**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant CIFG Holding Ltd. ("CIFG Holding") by its attorneys, Epstein Becker & Green, P.C., hereby discloses the following:

1.     CIFG Holding is not a publicly traded corporation;

2.     CIFG Holding is wholly-owned by NatIxis;

3.     NatIxis is owned partially by Banque Fédérale des Banques Populaires and Caisse Nationales des Caisses d'Epargne (French mutual savings banks) and NatIxis is partially publicly-traded in France.

NY:2207306v1

- 2 -

Dated: New York, New York
      October 31, 2007

                            EPSTEIN BECKER & GREEN, P.C.

                            By: _____
                                     Kenneth J. Kelly (KK 4195)
                                     Lori A. Jordan (LJ 0853)
                            250 Park Avenue
                            New York, New York  10177-0077
                            (212) 351-4500
                            Attorneys for Defendant
                              CIFG Holding Ltd.