**EPSTEIN BECKER & GREEN, P.C.**
Kenneth J. Kelly (KK 4195)
Lori A. Jordan (LJ 0853)
250 Park Avenue
New York, New York  10177-0077
(212) 351-4500
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KATHLEEN G. CULLY,

                    Plaintiff,

          - against -

CIFG HOLDING, CIFG GUARANTY, CIFG
EUROPE, CIFG SERVICES, INC., CIFG
ASSURANCE NORTH AMERICA, INC., and
JACQUES ROLFO,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 CIV. 8195 (PKC)

**NOTICE OF MOTION**

**Oral Argument Requested**

      **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Pamela

Brown, dated December 7, 2007, and the exhibits annexed thereto, defendants CIFG Holding

and CIFG Services, Inc., by its attorneys, Epstein Becker & Green, P.C. will move this Court

before the Honorable P. Kevin Castel, at the United States Courthouse, 500 Pearl Street, New

York, New York, on a date to be determined by the Court, pursuant to Rule 12(b)(3) of the

Federal Rules of Civil Procedure and sections 2, 3 and 4 of the Federal Arbitration Act, 9 U.S.C.

§§ 1 et seq. for an order:  (1) dismissing all claims asserted in the complaint against CIFG

Holding relating to long-term incentive awards pursuant to plans established by CIFG Holding;

(2) directing arbitration of claims asserted in the complaint against CIFG Services, Inc. relating

to long-term incentive awards pursuant to plans established by CIFG Services, Inc.; and (3)

granting such other and further relief as the Court deems just and proper.

Dated: New York, New York    EPSTEIN BECKER & GREEN, P.C.
   December 7, 2007

By: _____
   Kenneth J. Kelly (KK-4195)
   Lori A. Jordan (LJ-0853)
  250 Park Avenue
  New York, New York  10177
  (212) 351-4500
  Attorneys for Defendants

To: Anne L. Clarke, Esq.
  Vladeck, Waldman, Elias
   & Engelhard, P.C.
  1501 Broadway, Suite 800
  New York, New York  10036-5560
  (212) 403-7300
  Attorneys for Plaintiff