# EXHIBIT 2



**IXIS FINANCIAL GUARANTY**

# Memorandum

To:        Kathleen Cully
From:      Pamela Brown
Date:      March 2, 2006
Re:        Long Term Incentives

The following summarizes your long-term incentive awards. Please feel free to contact me if you have any questions.

**2004 Employee Performance Year granted in 2005:**
Total LTI: $100,000

| Long-term Incentive Plan | Notional Value | Shares/ Units | Strike Price (Option)/ Price (Restricted Stock)/Value (PUPS) | Date when Fully Vested | Vesting Schedule |
|---|---|---|---|---|---|
| Stock Options | $35,566 | 7,474 | €10.47 | 12/31/2009 | * |
| Restricted Stock | $53,007 | 3,713 | €10.47 | 12/31/2007 | * |
| Performance Units | $11,427 | 11,427 | 1 Unit = $1 | 3/16/2008 | * |
| Tax Units | N/A | N/A | N/A | N/A | * |
| Total | $100,000 | | | | |

**2002 Employee Performance Year granted in 2004:**
Total LTI: $450,000

| Plan | Notional Value* | Shares | New Strike Price [2] | Vested as of Jan 31, 2006 [1] | Date when Fully Vested |
|---|---|---|---|---|---|
| Initial Stock Options | $450,000 | 143,413 | €9.25 | 50% | 1/31/2009 |
| Additional Stock Options[2] | | 610 | €9.25 | 50% | 1/31/2009 |

*Notional Value is as of date of grant (current value will be reported at a later date)

(1)   Refer to agreement for vesting schedule
(2)   Additional shares have been granted and the strike price has been re-set to satisfy the anti-dilution protections in the Plan triggered as a result of a dilution event.
* See next page

Notes:

- Fractional shares, if any, have been rounded to the nearest whole share.
- The 2004 Employee Performance Year granted in 2005 used an exchange rate of 0.73314 USD one euro for euro denominated awards.
- N/A: not applicable

CIFG Services, Inc.
825 Third Avenue, 6th Floor
New York, NY 10022

For the Stock Options granted in 2005, the vesting schedule is listed below.

     Dec 30, 2005: 18.75%
     Dec 30, 2006: 25% (cumulative 43.75%)
     Dec 30, 2007: 25% (cumulative 68.75%)
     Dec 30, 2008: 25% (cumulative 93.75%)
     Dec 30, 2009: 6.25% (cumulative 100%) (i.e. remainder)

Normally the vesting schedule would have looked like

Dec 30 2006:  25%
Dec 30 2007:  25% (cumulative 50%)
Dec 30 2008:  25% (cumulative 75%)
Dec 30 2009 25% (cumulative 100%)

The vesting schedule above was changed in order to have a better result.

The vesting schedule for the RS is two year cliff vesting – granted 12/2005, fully vested 12/2007. There is also a two year holding period following the vesting period.

The vesting schedule for the PUP (granted in 2005):
- March 16, 2006 1/3
- March 16, 2007 1/3 (cumulative 2/3)
- March 16, 2008 1/3 (cumulative 100%)