# EXHIBIT 4



### Compensation Data

Name: Kathleen Cully

March 15, 2004 Salary 2004: $250,000

March 12, 2004 Bonus 2003: $200,000

### Long Term Incentive
Stock Options Value: Refer to Offer Letter

CDC IXIS Financial Guaranty Services, Inc.
825 Third Avenue, 6th floor
New York, NY 10022
Tel. 212 909 3939
Fax. 212 909 3958
www.cifg.com

