**EXHIBIT 5**



**Compensation Data**

**Name:** Kathleen Cully

**March 15, 2005 Salary 2005:** $270,000

**March 15, 2005 Bonus 2004:** $225,000

**Long Term Incentive:** Nominal Value: $100,000
(Does not include the grants covered in the offer letter).

CIFG Services, Inc.
825 Third Avenue, 6th Floor
New York, NY 10022
Tel. (212) 909-3939
Fax (212) 909-3958
www.cifg.com

