# EXHIBIT 8

# Curriculum vitae

## GEORGE A. BERMANN

*Walter Gellhorn Professor of Law and Jean Monnet Professor of European Union Law*
*Director, European Legal Studies Center*
**Columbia University School of Law**

**Office:**
435 West 116th Street (Box A-10)
New York, New York 10027
Tel.:      (212) 854-4258
Fax:      (212) 854-7946
e-mail: gbermann@law.columbia.edu

**Home:**
57 Hemlock Circle
Princeton, New Jersey 08540
Tel.:      (609) 924-6149
Fax:      (609) 924-2038

**PERSONAL:**

Date of birth:
        December 2, 1945
Children:

Married to Professor Sandra L. Bermann
                                        Princeton University

        Sloan (born 1978); Suzanne (born 1982); Grant (born 1987)

**EMPLOYMENT:**

Columbia University School of Law: *Walter Gellhorn Professor of Law*, 2002 to present; *Jean Monnet Professor of European Union Law*, 2001 to date; *Charles Keller Beekman Professor of Law*, 1993 to 2002; Professor of Law, 1981-93; Associate Professor of Law, 1979-81; Assistant Professor of Law, 1975-79

Tocqueville-Fulbright Distinguished Chairholder, University of Paris I and Institut des Sciences Politiques (fall term 2006)

College d'Europe (Bruges, Belgium):  member of the faculty of law (2004 to date)

Faculty of law of D.E.S.S. de Droit et de la Globalisation, University of Paris I and Institut des Sciences Politiques (Paris) (2003 to date)

Courses taught:

        Comparative Law and European Law
        Contracts
        European Union Law
        Transnational Litigation and Arbitration

        International Trade
        WTO Dispute Resolution
        Administrative Law
        Government and Public Official Liability

**UNIVERSITY FUNCTIONS:**

        Director, European Legal Studies Center, 1998 to date
        Chair, Comparative and International Law Committee, 1991 to 1996, 1997 to 2003
        Steering Committee, Columbia-IALS Research Centre (London), 2000 to date
        Chair, Curriculum Committee, 1987 to 1988
        Advisory Committee, 2000-2002, 2004 to date
        Appointments Committee, 1984 to 1986

07/772047_1

1

Junior Faculty (Promotions) Committee, 1989 to 1993 (chair 1990 to 1991)
Advisory Committee, University Institute for the Study of Europe, 2000 to date
Chair, Advisory Committee, Reid Hall Institute for Scholars (Paris), 2002-03
Advisory Committee, Maison Française, 1991 to date
Advisory Committee, Western European Institute, 1991 to 1999
Advisory Board, Legislative Drafting Research Fund, term 1993-96

## OTHER EMPLOYMENT:

Visiting professor, Faculty of law of D.E.S.S. de Droit et de la Globalisation, University of Paris I and
Institut des Sciences Politiques (Paris) (2003 to date)
Visiting Professor, Faculties of Law of University of Paris I (Pantheon-Sorbonne) and University of Paris
II (Pantheon-Assas) (1996 to date)
Visiting Professor, University of St. Gallen (Switzerland), Master of European Law and International
Business Law, offered at Collège d'Europe, Bruges (Belgium) (September 1999, September 2000)
Visiting Professor, Faculty of Law of University of Fribourg (Switzerland) (January-July, 1997))
Visiting Professor, New York University School of Law, New York (spring term 2001)
Eason-Weinmann Visiting Professor of Comparative Law, Tulane Law School, New Orleans, La. (fall term
1998)
Faculty, June Program for International Lawyers, Parker School of Foreign and Comparative Law, New
York, New York (June 1987-June 1989, June 1992)
Visiting Professor, Faculties of Law of Universities of Paris I and Rouen (France) (1981-1982)
Professor, Leyden-Amsterdam-Columbia Summer Program in American Law, Leyden and Amsterdam
(Netherlands) (1979-1982)
Lecturer, International Faculty for the Teaching of Comparative Law (Pescara, Italy, August 1975)
Associate, Davis Polk & Wardwell, One Chase Manhattan Plaza, New York, New York (litigation) (1970-
1973)

## PROFESSIONAL MEMBERSHIPS AND ACTIVITIES:

President, International Academy of Comparative Law (elected July 2006, Utrecht, Netherlands)
President, American Society of Comparative Law (ASCL), 1998 to 2002
Co-Editor in Chief, American Journal of Comparative Law, 2004 to present
Board of Directors, American Society of Comparative Law (ASCL), 1988 to date; ASCL Vice-President,
1994-1998
Member, Board of Editors, *American Journal of Comparative Law*, 1976 to date
Extensive experience as International Commercial Arbitrator in International Chamber of Commerce,
American Arbitration Association and *ad hoc* international arbitrations, 1982 to date
Consultant to members of the US bar and Expert Witness and Deponent on Foreign (French, German,
Swiss, Belgian, UK and European Union) Law and Transnational Law, 1979 to date
Court-appointed Foreign Law Expert on French, German and Swiss Law
Adviser to the Legal Service of the Commission of the European Communities
Chair of the Executive Committee, *Columbia Journal of European Law*, 1997 to date (Editor-in-Chief,
1994-1997)
Board of Directors, *Columbia Journal of Transnational Law*, 1989 to date (Board of Advisors, 1976 to
date)
Member, Board of Editors, *Tulane European and Civil Law Forum*, 1992 to date
Member, Board of Editors, *Indiana Journal of Global Legal Studies*, 1997 to date
Member, International Academy of Comparative Law (Paris, France), 1991 to date, President of the
Common Law Group, 2002 to date
Member of Executive Committee, European Union Studies Association (EUSA), 2001 to 2003
Member, US State Department, Advisory Committee on the Hague Convention on Jurisdiction and
Judgments
Member, American Law Institute (ALI), Advisory Committee on the Hague Convention on Jurisdiction
and Judgments

Professor G.A. Bermann

> Member, American Law Institute (ALI), Advisory Committee on WTO Trade Law
> Member, Board of Advisors, Institute for the Study of Europe, Columbia University, 2000 to date
> Member, Reid Hall (Paris) Committee, Columbia University, 2000 to date
> Member, Advisory Board, Institute for Global Legal Studies, Washington University of St. Louis, School of Law, 2001 to date
> Board of Directors, American Foreign Law Association (New York, New York), 1983-1986; Vice-President, 1986 to date
> Secretary and member of Board of Directors, American Academy of Foreign Law, 1983 to 1996
> Member, European Law Committee, New York City Bar Association (New York, New York), 2000 to date
> Member, Committee on International Commercial Dispute Resolution, New York City Bar Association (New York, New York), 2000 to date
> Delegate of American Bar Association (ABA) to the Union Internationale d'Avocats (UIA), 1993-1995
> Member, Team Europe, EU Delegation to the US, 1992 to date
> Member, Société de Législation Comparée (Paris, France), 1980 to date
> Board of Directors, German American Law Association (GALA) (New York, New York), 1978-1982; member, 1978 to date
> Public Member, Administrative Conference of the United States, 1986-1989; Consultant, 1983-1986, 1989-1995
> Executive Director, Leyden-Amsterdam-Columbia Summer Program in American Law (Netherlands), 1979-1982; member, Leyden-Amsterdam-Columbia Summer Program Board of Directors, 1979 to date
> Consultant, New York State Bar Association, 1979-1981
> Consultant and Lecturer, National Center for Administrative Justice, 1979-1982

## EDUCATION:

### Legal:

> Jervey Fellow, Parker School of Foreign and Comparative Law, 1973-1975, resulting in LL.M. Columbia University School of Law, 1975 (program of study of French, German and Swiss law)
> J.D. Yale Law School, 1971; Editor of the *Yale Law Journal*; Legal Education Research Project with Professor Robert B. Stevens (Stevens, Law Schools and Law Students, 59 Va. L. Rev. 551 (1973))

### Undergraduate:

> B.A. Yale College, 1967; Summa cum laude with exceptional distinction in political science; University Prize for best senior essay in political science; Phi Beta Kappa; Senior editor and copy editor Yale Daily *NEWS*; William S. Cowles Scholarship

### Other:

> Visiting Fellow, Center for International Studies, Princeton University, Princeton, New Jersey, 2000
> Visiting Scholar, Legal Service of the Commission of the European Communities, Brussels, Belgium, 1994
> Visiting Scholar at Max Planck Institut für ausländishes öffentliches Recht und Völkerrecht, Heidelberg, Germany, 1976
> Non-degree legal studies at University of Paris II, 1974-1975; University of Munich, 1975; and University of Heidelberg, 1976
> Visiting Scholar at Conseil d'Etat, Paris, France, 1975
> Marshall Scholar, University of Sussex, Falmer, Brighton, England, 1967-1968, in law and comparative politics

Professor G.A. Bermann

MAJOR PUBLICATIONS:

World Trade and Human Health and Safety (ed. with P. Mavroidis) (volume 1 in Columbia Law Series on
    WTO Law and Policy (Cambridge Univ. Press, 2006)
Constitutional Lessons from Europe, in festschrift for Francis Jacobs (forthcoming 2006)
Constitutional Steps toward Administrative Legitimacy in the European Union, in Festschrift for Xavier
    Blanc-Jouvan (forthcoming 2006)
Executive Power in the New European Constitution, 3 Int'l J. Const'l L. 440-47 (2005).
    <http://icon.oupjournals.org/cgi/reprint/3/2-3/440?ijkey=X1dLQfEComNDzAp&keytype=ref>
PARTY AUTONOMY: CONSTITUTIONAL AND INTERNATIONAL LIMITS IN COMPARATIVE
    PERSPECTIVE (Juris Pub. 2005)
The Application of Private International Law Norms to 'Third Countries': The Jurisdiction and Judgments
    Example, in International Civil litigation in Europe and Relations with Third States (N. Watte &
    A. Nuyts, eds.) 55 (Bruylant, Brussels, 2005)
CASES AND MATERIALS ON WTO LAW (with R. Howse & P. Mavroidis) (West Pub., forthcoming
    2005)
Executive Power in the New European Constitution, 3 Int'l J. Const'l L. 421 (2005)
FRENCH BUSINESS LAW IN TRANSLATION (with P. Kirch) (Juris Pub 2005)
INTRODUCTION TO FRENCH LAW (with E. Picard) (Kluwer, forthcoming 2005)
LAW AND GOVERNANCE IN AN ENLARGED EUROPEAN UNION (ed., with K.Pistor) (Hart Pub.,
    Oxford 2004)
INTERNATION COMMERCIAL ARBITRATION (West Pub., forthcoming 2005)
Litigation under the Civil Law and the Common Law, in International Litigation Deskbook: Strategies and
    Practice in Cross-Border Disputes (ed. B. Legum) (ABA Publishing, forthcoming 2005)
Marbury v. Madison: Implications for European Law, 36 G.W.U. Int'l L. Rev. 557 (2004)
Competences of the Union, in EUROPEAN UNION LAW FOR THE 21st CENTURY: RE-THINKING
    THE NEW LEGAL ORDER (T. Tridimas & P. Nebbia, eds.) 65 (Hart Pub., Oxford 2004)
Le droit comparé et le droit international: alliés ou ennemis?, 2003 Revue internationale de droit comparé
    519 (2003)
TRANSNATIONAL LITIGATION (West Pub. 2003)
The Constitutional Convention and EU Institutional Reform, in THE GOVERNMENT OF EUROPE:
    INSTITUTIONAL DESIGN FOR THE EUROPEAN UNION (J.M. Beneyto Perez, ed.) 27 (S.L.
    Dykinson, Madrid, 2003), republished in THE GOVERNMENT OF EUROPE: WHICH
    INSTITUTIONAL DESIGN FOR THE EUROPEAN UNION? (J.M.Beneyto Perez & I. Pernice,
    eds) 119 (Nomos Verlagsgesellschaft, Baden-Baden 2004)
Member State Liability in the Member State's Own Court: An American Comparison,"in UNE
    COMMUNAUTE DE DROIT (festschrift for President Gil Carlos Rodriguez Iglesias, European
    Court of Justice) 305 (BWV Pub. Berlin 2003)
Policy Recommendations for Dispute Prevention and Dispute Settlement in Transatlantic Relations: Legal
    Perspectives, in TRANSATLANTIC ECONOMIC DISPUTES: THE EU, THE US, AND THE
    WTO (E-U Petersmann & M. Pollack, eds) 569 (Oxford Univ. Press 2003)
CASES AND MATERIALS ON EUROPEAN UNION LAW (with R. Goebel, W. Davey & E. Fox) (West
    Pub. 2d ed. 2002), plus SELECTED DOCUMENTS (2d ed. 2002), caesbook supplement (2004)
Proportionality and Subsidiarity; in THE LAW OF THE SINGLE EUROPEAN MARKET: UNPACKING
    THE PREMISES (C. Barnard & J. Scott, eds.) 75 (Hart Pub. 2002)
Law in an Enlarged European Union, in LAW AND LAWS IN A MULTI-STATE SYSTEM (festscrift in
    honor of Prof. Arthur von Mehren) (S. Symeonides & J. Nafziger, eds.) 555 (Transnational Pub.
    2002)
TRANSATLANTIC REGULATORY COOPERATION: LEGAL PROBLEMS AND POLITICAL
    PROSPECTS (Oxford University Press) (ed., with M. Herdegen & P. Lindseth) (2001)

4

Professor G.A. Bermann

The Role of Law in the Functioning of Federal Systems, in THE FEDERAL VISION (K. Nicolaidis & R. Howse, eds.) 191 (Oxford Univ. Press 2001)

European Law: Yesterday, Today and Tomorrow, 36 Texas Int'l L.J. 525 (2001)

The Discipline of Comparative Law in the United States, 1999 Revue Internationale de Droit Comparé 1041 (1999)

Judicial Enforcement of Federalism Principles, in ENTWICKLUNGS PERSPEKTIVEN DER EUROPAISCHEN VERFASSUNG IM LICHTE DES VERTRAGS VON AMSTERDAM (M. Klöpfer & I. Pernice, eds.) 64 (Nomos Verlagsgesellschaft, Baden-Baden 1999)

Comparative Law in the New European Community (festschrift for Prof. Rudolf Schlesinger), 21 Hastings Int'l & Comp. L. Rev. 865 (1998)

The European Intergovernmental Conference: An American Perspective (festschrift for Prof. Peter Herzog), 25 Syracuse J. Int'l L. & Comm. 61 (1998)

Provisional Relief in Transnational Litigation, 35 Colum. J. Transnat'l L. 553 (1997)

REGULATORY FEDERALISM: EUROPEAN UNION AND UNITED STATES (Hague Academy of International Law), 263 Recueil des Cours de l'Académie de Droit International de la Haye 9 (1997)

Comparative Law in Administrative Law, in L'ETAT DE DROIT (Mélanges en l'honneur de Guy Braibant) 29 (Editions Dalloz, Paris 1996)

Regulatory Decisonmaking in the European Commission, 1 Colum. J. Eur. L. 415 (1996)

Regulatory Cooperation Between the European Commission and U.S. Administrative Agencies, 9 Adm. L.J. of Amer. Univ. 933 (1996)

European Community Law from a U.S. Perspective, 4 Tulane J. Int'l & Comp. L. 1 (1995)

Managing Regulatory Rapprochement: Institutional and Procedural Approaches, in REGULATORY CO-OPERATION FOR AN INTERDEPENDENT WORLD 73 (OECD Pub. 1994)

Taking Subsidiarity Seriously: Federalism in the European Community and the United States, 94 Colum. L. Rev. 331 (1994)

Subsidiarity and the European Community, 17 Hastings Int'l & Comp. L. Rev. 97 (1993); reprinted in 3 [Canadian] National Journal of Constitutional Law [Revue Nationale de Droit Constitutionnel] 357 (1993) and in EUROPE AFTER MAASTRICHT: AMERICAN AND EUROPEAN PERSPECTIVES (P. Lützeler, ed.) 139 (Providence: Berghahn Books 1994)

A Commentary on the Harmonization of European Private Law, 1 Tulane J. Int'l & Comp. L. 47 (1993)

Competence to Set Aside an Award and Procedural Grounds for Refusing Enforcement: The Viewpoint and Role of the Arbitration Law Expert, in IUS ARBITRALE INTERNATIONALE, ESSAYS IN HONOR OFHANS SMIT (T. Carbonneau & V. Pechota, eds.), 3 Am. Rev. Int'l Arb. 93 (1992)

Bijuralism in Federal Systems and in Systems of Local Autonomy (with M. Hilf), in GENERAL REPORTS OF THE XIIITH INTERNATIONAL CONGRESS OF THE INTERNATIONAL ACADEMY OF COMPARATIVE LAW (Montreal, Aug. 1990) 21 (Cowansville, Quebec: Les Editions Yvon Blais 1992)

Administrative Law, in INTRODUCTION TO THE LAW OF THE UNITED STATES (ch. 5) (T. Ansay & D. Clark, eds.) 92 (Berlin: Duncker & Humblot 1992)

Regulatory Cooperation with Counterpart Agencies Abroad: The FAA's Aircraft Certification Experience, 24 Law & Policy in Int'l Bus. 669 (1993), also published in Administrative Conference of the US, Recommendations and Reports 63-172 (1991)

EEC Community-Building under the Single European Act, in COMPARATIVE AND PRIVATE INTERNATIONAL LAW (festschrift for John Henry Merryman) (D. Clark, ed.) 333 (Berlin: Duncker & Humblot 1990)

The Use of Anti-Suit Injunctions in International Litigation, 28 Colum. J. Transnat'l L. 501 (1989)

The Single European Act: A New Constitution for the Community?, 27 Colum. J. Transnat'l L. 529 (1989)

The Hague Evidence Convention in the Supreme Court: A Critique of the *Aérospatiale* Decision, 63 Tulane L. Rev. 525 (1989)

FRENCH LAW: CONSTITUTION AND SELECTIVE LEGISLATION (Transnational Juris Pub.) (with H. de Vries & N. Galston) (1988) (with annual supplements)

Professor G.A. Bermann

> Federal Tort Claims at the Agency Level:  The FTCA Administrative Process, 35 Case W. Res. L. Rev. 509 (1985)
>
> Administrative Handling of Monetary Claims:  Tort Claims at the Agency Level, in Administrative Conference of the United States, Administrative Conference of the US, Recommendations and Reports 639-895 (1984)
>
> La Responsabilité civile des fonctionnaires au niveau fédéral aux Etats-Unis:  vers la solution d'une crise, 1983 Revue Internationale de Droit Comparé 319 (1983)
>
> Occupational Licensing in New York State:  A Report of the New York State Bar Association, published in New York State Bar Association, NEW YORK STATE REGULATORY REFORM 10 (1982)
>
> Contracts between States and Foreign Nationals:  A Reassessment, in INTERNATIONAL CONTRACTS (H. Smit, N. Galston & S. Levitsky, eds.) 184 (New York: Matthew Bender 1981)
>
> French Treaties and French Courts: Two Problems in Supremacy, 28 Int'l & Comp. L.Q. 458 (1979)
>
> Integrating Governmental and Officer Tort Liability, 77 Colum. L. Rev. 1175 (1977)
>
> The Scope of Judicial Review in French Administrative Law, 16 Colum. J. Transnat'l L. 195 (1977)
>
> Les Droits de la défense: réflexions comparatives sur les droits administratifs français et américains à propos d'un cas concret, Actualité Juridique Droit Administratif (AJDA) 410 (1975)
>
> Bringing the Vagueness Doctrine on Campus, 80 Yale L.J. 1261 (1971) (with Ballard Jamieson, Jr.)

## CONFERENCE PAPERS AND REPORTS:

> Commentator, Implementation of WTO Rulings (at conference on the WTO at 10: Governance, Dispute Settlement and Developing Countries, Columbia University, April 7, 2006)
>
> Commentator, Promoting Transparency and Consistency in International Investment Arbitration (at conference of the Center of Global Legal Problems on Law (at conference on Promoting Transparency and Consistency in International Investment, Columbia University, April 4, 2006)
>
> Americanization and the Law (paper presented at the annual meeting of the Association of American Law Schools, Washington, D.C., Jan. 5, 2006)
>
> The Transnational Civil Procedure Rules and Parallel Litigation (paper presented at the University of Trieste, Italy, Institute of Comparative Private Law, Dec. 2, 2005)
>
> The "Highest" Court in Federal Systems (paper presented on conference on the future of the European Judiciary, Humboldt University, Berlin, Germany, Nov. 3, 2005)
>
> Constitutionalism in Federal Systems: The European Example (paper presented at 2005 annual meeting of American Society of Comparative Law, University of Hawaii, Honolulu, Hawaii, Oct. 28, 2005)
>
> Americanization and Europeanization:  Some Legal Perspectives (paper delivered at conference of Oxford University, St. Anthony's College, UK, Apr. 15-17, 2005)
>
> Moderator, State and Public Official Immunities for International Law Violations (annual meeting American Society of International Law, Washington DC., Apr. 1, 2005)
>
> International Commercial Arbitration in the Contemporary World (Young Arbitrators Forum of United States Council for International Business, New York, Feb. 28, 2005)
>
> The Influence of European Union Law on French Administrative Law (paper delivered at conference at University of San Diego and University of California at San Diego, Jan. 21, 2005)
>
> Transnational Law in the First-Year Curriculum (paper presented at annual meeting of the Association of American Law Schools, San Francisco, California, Jan. 8, 2005)
>
> The European Constitution (paper delivered at International Conference on Comparative Constitutional Law, University of Nice, France, July 12, 2004)
>
> Commentator on Professor Paul Craig's "Executive Power under the Draft European Constitution" (conference at NYU Law School, and Princeton University, Apr. 29-30, 2004)
>
> Parallel Litigation in the United States (panel at ABA International Law Section Annual Meeting, New York, NY, Apr. 14, 2004)
>
> Moderator, "The Big Bang: EU Competition Law on the Eve of Enlargement" (conference at Columbia Law School, Mar. 31, 2004)

Professor G.A. Bermann

Report to ABA, Administrative Law Section, on Project on European Union Administrative Law and
Practice (report presented, San Antonio, Texas, Feb. 8, 2004)
The Application of Private International Law Instruments to Third Countries (papers delivered at
workshops at University of Barcelona, Oct. 24, 2003, and Free University of Brussels, Jan. 23,
2004)
What's Constitutional about the New Constitution?" (comment on address by Giuliano Amato, vice-
president of the Convention on the Future of Europe, Columbia University School of Law, Oct. 7,
2003)
The Institutions and the New Draft Constitution of Europe (paper delivered at conference at University of
Lisbon, Portugal Sept. 26, 2003)
The European Union and its New Federalism (paper delivered at conference at Princeton University, Law
and Public Affairs Program, Princeton, N.J., May 29, 2003)
The Treaty Basis for European Judicial Cooperation in Civil and Commercial Matters (paper delivered at
workshop of Free University of Brussels, European Legal Studies Center of Columbia Law School
and New York City Bar Association, at New York City Bar, New York, NY, May 19, 2003)
A US View of "The European Model" (paper delivered at 4th Vienna Globalization Symposium, Austrian
Chamber of Commerce, Vienna, Austria, May 15, 2003)
The Competences of the EU under the New Draft Constitution (paper delivered at Hart Workshop, Institute
for Advanced Legal Studies, University of London, June 24, 2003)
The New Europe (paper delivered at Columbia Law School Alumni Reunion, Paris, France, June 29, 2003)
Moderator, "The Accession of Cyprus to the EU: Challenges and Opportunities" (conference of the
Columbia University Institute for the Study of Europe, New York May 4, 2003)
Marbury v. Madison: Implications for European Law (paper delivered at conference at George Washington
University College of Law, Wash., D.C., Apr. 11, 2003)
Discussant (with G. deBurca), European Union Governance after Enlargement (conference at Columbia
Law School, on Law and Governance in an Enlarged European Union, Apr. 4, 2003)
Discussant, Developments in Law and Federalism in the EU (paper delivered at 7th biennial conference of
the European Union Studies Association, Nashville, Tenn., Mar. 29, 2003)
The Constitutional Convention and EU Institutional Reform (paper delivered at conference at University of
Madrid, Spain, Jan. 30, 2003); published in THE GOVERNMENT OF EUROPE:
INSTITUTIONAL DESIGN FOR THE EUROPEAN UNION (M. Oreja Aguirre & J-M Beyneto
Perez, eds.) (2003), and republished in THE GOVERNMENT OF EUROPE: WHICH
INSTITUTIONAL DESIGN FOR THE EUROPEAN UNION? (J.M.Beneyto Perez & I. Pernice,
eds) 119 (Nomos Verlagsgesellschaft, Baden-Baden 2004)
The Precautionary Principle in WTO Case Law (paper delivered at conference at School of International
and Public Affairs, Columbia University, NY, NY, Nov. 8, 2002)
Moderator, Comparative Law in Multi-State Practice (conference at Harvard Law School, Cambridge,
Mass, Oct. 27, 2002)
Discussant, Trade Diplomats Meet Academics (conference at European University Institute, Florence, Italy,
Sept. 13-14, 2002)
Contracts, International Law and Constitutions (general report to the XVIth Congress of the International
Academy of Comparative Law, Brisbane, Australia, July 2002)
Policy Recommendations for Dispute Prevention and Dispute Settlement in Transatlantic Relations: Legal
Perspectives (conference at European University Institute, Florence, Italy, May 10-11 2002)
Discussant, Non-Discriminatory Sanitary and Phytosanitary Standards: Lessons from the Disputes over
Hormones and Genetically Modified Organisms (comment delivered at conference on Dispute
Prevention and Dispute Settlement in Transatlantic Partnership, European University Institute,
Florence, Italy, July 5, 2001)
The Common Core Project (paper delivered at the 2001 session of the Common Core Project, Trento, Italy,
July 14, 2001)

7

Professor G.A. Bermann

International Tribunals and United States Courts: A New Relationship for the New Millennium (comment delivered at panel at Second Circuit Judicial Conference, Sagamore Resort, Bolton Landing, N.Y. June 16, 2001)

Developments in International Trade and Regulatory Law (Columbia Law School, European alumni reunion, European University Institute, Fiesole, Italy, June 11, 2001)

Transatlantic Regulatory Cooperation: Legal Problems and Political Prospects (paper delivered at 6th biennial conference of the European Community Studies Association, Madison, Wis., June 1, 2001)

Discussant, Making Member States Comply with Community Law (paper delivered at 6th biennial conference of the European Community Studies Association, Madison, Wis., June 1, 2001)

Comment on «Proceduralization of Law and the Transformation of Adjudicative Functions in the EC and the WTO" (Oliver Gerstenberg) and «Indeterminacy and the Establishment of a Working Law of Market Administration" (Michelle Everson) (comments delivered at workshop on Law and New Approaches to Governance in Europe, University of Wisconsin, Madison, Wis., May 29, 2001)

Proportionality and Subsidiarity (paper delivered at workshop on The Legal Foundations of the Single Market: Unpacking the Premises, Cambridge University, Cambridge UK (April 27, 2001)

Opinion on the Implications of Membership in the European Union for a Constitutional Settlement in Cyprus (co-authored opinion of March 29, 2001, to the Attorney-General of Cyprus, published in "Cyprus and European Membership: Important Legal Documents," Press and Information Office, Republic of Cyprus, Nicosia, Cyprus (2001)

The Future of Comparative Law (paper delivered at Centennial Congress of Comparative Law, Tulane University, New Orleans, La., Nov. 4, 2000)

Panelist, Free Movement of Services: European Union Lessons for NAFTA ( U.S-Mexico Law Institute, Santa Fe, N.M.., Oct. 28, 2000)

European Law: Yesterday, Today and Tomorrow (paper delivered at conference of Texas International Law Journal in honor of Prof. Hans Baade, University of Texas, Austin, Texas, Sept. 29, 2000)

Comment, The WTO and Human Health and Safety (paper delivered at World Trade Institute, University of Berne, Berne, Switzerland, August 21, 2000)

Panelist, The European Commission: The World's Most Powerful Administrative Agency? (annual meeting of Association of American Law Schools, Washington D.C., Jan. 8, 2000)

La Jurisprudence (paper delivered at colloquium on the Bicentennial of the Conseil d'Etat, Paris, Dec.13-15, 1999, published in 2000 La Revue Administrative 38, 2001 La Revue Administrative 175 (Presses Universitaires de France, 2001)

Regolazione e liberalizzazione dei mercati: un'analisi comparativa (Regulation and Market Liberalization: A Comparative Analysis), in REGOLAZIONE E CONCORRENZA (G. Tesauro & M. D'Alberti eds.) 27 (Soc. Il Mulino, Bologna, 2000) (paper delivered at conference on Regulation and Competition, Autorità garante della concorrenza e del mercato (Italian Competition Authority), Rome, Nov. 22-23, 1999)

The Transatlantic Dimension of U.S. and E.U. Federalism (paper delivered at Kennedy School of Government, Harvard University, conference on U.S. and E.U. Federalism, Apr. 19-20, 1999)

The Federalism Dimension of Transatlantic Regulatory Cooperation (paper delivered at conference on Transatlantic Regulatory Cooperation, Columbia University School of Law, Apr. 16-17, 1999)

Judicial Enforcement of Federalism Principles (paper delivered at inaugural conference of Walter Hallstein Institute of European Constitutional Law, Humboldt University, Berlin, Nov. 10-11, 1998)

The Supreme Court's Role in Policing U.S. Federalism (paper delivered at Joint U.S. Supreme Court-European Court Justice Symposium, European Court of Justice, Luxembourg, July 5, 1998)

Constitutional Implications of U.S. Participation in Regional Integration, in U.S. NATIONAL REPORTS TO THE XVth CONGRESS OF THE INTERNATIONAL ACADEMY OF COMPARATIVE LAW (Bristol, U.K., July 1998), 46 Am. J. Comp. L. (Supp.) 463 (1998)

The Treaty of Amsterdam: Institutional Reforms (paper delivered at 1997 International Law Weekend, New York City Bar Association, Nov. 8, 1997)

Professor G.A. Bermann

Comment, Legal Aspects of the New European Single Currency, 4 Colum. J. Eur. L. 353 (1998) (paper delivered at conference on The Euro: A New Single Currency for Europe?, Washington University School of Law, St. Louis, Missouri, Oct. 30, 1997)

La Codification aux Etats-Unis, in FAUT-IL CODIFIER LE DROIT? EXPÉRIENCES COMPARÉES, 82 Revue française d'administration publique 221 (1997) (paper delivered at colloquium of Institut International d'Administration Publique, Paris, France, June 16, 1997)

An American Perspective on the Intergovernment Conference (paper delivered at colloquium of the Free University of Brussels, Belgium, May 23, 1997)

Regulatory Federalism: A Reprise and Introduction, 2 Colum. J. Eur. L. 395 (1997) (paper delivered at Columbia-Frankfurt symposium on comparative federalism at Columbia University School of Law, April 11, 1996)

Transnational Provisional Relief in the Courts, in INTERNATIONAL DISPUTE RESOLUTION: THE REGULATION OF FORUM SELECTION (J.L. Goldsmith, ed.) 99 (Transnational Publishers Inc., Irvington, N.Y., 1996) (paper delivered at 14th Sokol Colloquium on Private International Law, University of Virginia School of Law, March 23, 1996)

Civil Procedure: Trends and Recent Developments in Civil Procedure: Towards a Modern *ius commune*, in International Association of Legal Science, 1995 Colloquium 253 (Universidad Argentina de la Empresa, Buenos Aires, Argentina, 1999) (paper delivered at colloquium of International Association of Legal Science (IALS), Buenos Aires, Argentina, Sept. 6, 1995)

The Constitutional Amendment Process, in THE EUROPEAN CONSTITUTIONAL AREA (R. Bieber & P. Widmer, eds.) 291 (Schulthess Polygraphischer Verlag, Zurich 1995) (paper delivered at colloquium on the European Constitutional Area, Swiss Institute of Comparative Law and University of Lausanne, Lausanne, Switzerland, April 11, 1995)

Harmonization of Law and Regulatory Federalism, in HARMONIZATION OF LEGISLATION IN FEDERAL SYSTEMS (I. Pernice, ed.) 37 (Nomos Verlagsgesellschaft, Baden-Baden 1996) (paper delivered at Columbia-Frankfurt symposium on comparative federalism at University of Frankfurt-am-Main, Frankfurt, Germany, Feb. 9, 1995)

Decisionmaking Aspects of the European Commission (paper delivered at annual meeting of the Association of American Law Schools, New Orleans, Jan. 6, 1995)

Regulatory Cooperation by the EC Commission with US Agencies (report to the Administrative Conference of the United States, Washington, D.C., December 1994)

Subsidiary as a Principle of U.S. Constitutional Law, in U.S. NATIONAL REPORTS TO THE XIVth CONGRESS OF THE INTERNATIONAL ACADEMY OF COMPARATIVE LAW (Athens, Greece, August 1994) (G. Bermann, F. Juenger, P.J. Kozyris, eds.), 42 Am. J. Comp. L. (Supp.) 555 (1994)

Post-Maastricht Europe (paper delivered at 1993 International Law Weekend, New York City Bar Association, Oct. 29, 1993)

Managing International Regulatory Cooperation (paper delivered at conference of Organization for Economic Cooperation and Development [OECD], Paris, France, Oct. 4, 1993)

Subsidiary and the European Community, in POST-MAASTRICHT EUROPE (P. Lützeler, ed.) 153 (Berghahn Books 1994) (paper delivered at conference on Post-Maastricht Europe at Washington University in St. Louis, Oct. 2, 1993)

Taking Subsidiarity Seriously (paper delivered at conference of Department of Justice of Canada on Federalism, Economic Union and Subsidiarity: Canadian and European Perspectives, Ottawa, Canada, April 30, 1993)

Subsidiarity and Federalism (paper delivered at symposium of Hastings International and Comparative Law Review on the European Community, San Francisco, California, March 27, 1993)

Moderator, Foreign Sources of Financing Privatization, at conference on Privatization in Eastern Europe (Parker School of Foreign and Comparative Law at Columbia University, New York, New York, Feb. 18, 1993)

The Contemporary Use of Comparative Law in Law Reform (paper presented at annual meeting of the Association of American Law Schools, San Francisco, California, Jan. 9, 1993)

Professor G.A. Bermann

Le Dialogue entre les Entreprises et le Gouvernement fédéral aux Etats-Unis (paper delivered at
    colloquium of la Commission pour l'Etude des Communautés Européennes [CEDECE] at
    Université de Paris II, Paris, France, Oct. 8-9, 1992)
Moderator, Communitarianism and the Law (annual meetings of American Society of Comparative Law
    and International Association of Legal Science, Provo, Utah, Sept. 1992)
Commentator, The Impact of European Integration on Private Law (comment on papers delivered at the
    Eason-Weinmann Colloquium of the Tulane Law School at University of Helsinki, Helsinki,
    Finland, June 4, 1992)
1992: The European Community at a New Crossroads (annual meeting of the American Society of
    International Law, Washington, D.C., April 18, 1991)
Le dualisme juridictionnel: le débat aux Etats-Unis, in LE DUALISME JURIDICTIONNEL (G. Timsit,
    ed.) 56 (Paris: Presses Universitaires de France 1992) (paper delivered at colloquium of Université
    de Paris I at the French Senate, Paris, France, May 11, 1990)
Anti-suit Injunctions in International Litigation, and moderator of panel on Provisional Relief from Foreign
    Courts in International Litigation (1989 International Law Weekend, New York City Bar
    Association, Nov. 4, 1989)
Le droit administratif américain et le droit administratif français, 42 Conseil d'Etat, Etudes et Documents
    169 (1990) (paper for seminar of United States Supreme Court justices, federal circuit court judges
    and members of the French Conseil d'Etat, in the Franco-American Judicial Exchange, at the
    National Archives, Washington D.C., Sept. 5, 1989)
Moderator of panel on Equality, Minorities and Pluralism, at Conference of Columbia University Center
    for the Study of Human Rights on The Declaration of the Rights of Man: France and the United
    States (Columbia University, April 5-6, 1989)
The Autonomy of the International Arbitral Process (paper delivered at the Third Journées Juridiques
    Franco-Américaines, New Orleans, Louisiana, Nov. 11-12, 1988)
The Legal Uniqueness of the Italian Constitution, in 2 Italian Journal 5 (1988) (paper delivered at Columbia
    University colloquium on the Fortieth Anniversary of the Italian Constitution, New York, New
    York, Sept. 30, 1988)
Le régime juridique des fondations aux Etats-Unis, in LE DROIT DES FONDATIONS EN FRANCE ET
    A L'ETRANGER (La Documentation Française, Notes et Etudes Documentaires, no. 4879) 65
    (Paris 1989) (paper delivered at colloquium organized by the Collège de France, Paris, France,
    Jan. 29-30, 1988)
Federalism: European and American, in TWO HUNDRED YEARS OF US CONSTITUTION AND
    THIRTY YEARS OF EEC TREATY (K. Lenaerts, ed.) 75 (Brussels: Story-Scientia, and
    Deventer: Kluwer 1988) (paper delivered at Leuven Day, Leuven University, Belgium, Mar. 27,
    1987)
Les mesures de restriction aux exportations d'application extraterritoriale dans les relations entre l'Europe et
    les Etats-Unis, in LES RELATIONS COMMUNAUTE EUROPEENE ETATS-UNIS (J.
    Bourrinet, ed.) 169 (Paris: Economica 1987) (paper delivered at colloquium of la Commission
    pour l'Etude des Communautés Européennes [CEDECE] at Université d'Aix-Marseille, France,
    Oct. 9-10, 1986)
Public Law in the Conflict of Laws, in LAW IN THE USA FACES SOCIAL AND SCIENTIFIC
    CHANGE (Reports for the Twelfth World Congress of Comparative Law, Sydney-Canberra,
    Australia), published in 34 Am. J. Comp. L. (Supp.) 157 (1986)
The Premises of Government Liability (paper delivered at Administrative Conference of the United States,
    Washington, D.C., plenary session of June 14, 1985)
Comment, Government in the Sunshine: Lessons from the American Experience (paper delivered at the
    Second Journées Juridiques Franco-Américaines, Paris, France, Mar. 17-19, 1983)
Administrative Delay and its Control, in LAW IN THE USA FOR THE 1980s (Reports for the Eleventh
    World Congress of Comparative Law, Caracas, Venezuela) (J. Hazard & W. Wagner eds.),
    published in 26 Am. J. Comp. L. (Supp.) 473 (1982)

10

Professor G.A. Bermann

Proliferation of Legislation and Regulation: The United States (paper delivered at symposium of the Institut International des Sciences Administratives, Karlovy-Vary, Czechoslovakia, May 20-21, 1982)

Comment, Denis Tallon, The Constitution and the Courts in France, 27 Am. J. Comp. L. 583 (1979)

The Principle of Proportionality, in LAW IN THE USA IN THE BICENTENNIAL ERA (Reports for the Tenth World Congress of Comparative Law, Budapest, Hungary) (J. Hazard & W. Wagner, eds.), published in 26 Am. J. Comp. L. (Supp.) 415 (1978)

Report on United States law, in LES INSTRUMENTS JURIDIQUES DE LA POLITIQUE FONCIERE DES VILLES: ETUDES COMPARATIVES PORTANT SUR QUATORZE PAYS OCCIDENTAUX (M. Fromont ed.) 329 (Brussels: Bruylant 1978)

**OTHER PUBLICATIONS:**

Jurisdictional and *Forum non Conveniens* Limitations on the Enforcement of Foreign Arbitral Awards (co-authored report for the NYC Bar Association, committee on international dispute resolution, forthcoming, March 2006, in the American Review of International Arbitration)

General Editor, Columbia Law Series on WTO Law and Policy (Cambridge University Press)

General Editor, Columbia-London Law Series in Comparative Law (Hart Pub., Oxford, UK)

Editorial: "La Constitution interminable de l'Europe," Le Figaro (Oct. 27, 2004), La Libre Belgique (Oct. 29, 2004)

Editorial: "The European Union as a Constitutional Experiment," 10 Eur. L. J. 363 (2004)

The Arbitral Award: An Arbitrator's Perspective," in AN ARBITRATION CHECKLIST (L. Newman & R. Hill, eds.) 159 (Juris Pub. 2003)

Litigation under the Civil Law and the Common Law: The Basics, in THE INTERNATIONAL LITIGATION MANUAL (B. Legum, ed.) (American Bar Association, International Law Section, forthcoming 2005)

Introduction to the Decennial Volume, 10 Colum. J. Eur. L. 1 (2003)

Book Review, Lisa Conant, Justice Contained: Law and Politics in the European Union (European Union Studies Association Review, April 2003)

Basic Principles for the Allocation of Competence in the United States and the European Union (with K. Nicolaidis), in THE FEDERAL VISION (K. Nicolaidis & R. Howse, eds.) 483 (Oxford Univ. Press 2001)

Book Review, Eric Stein, Thoughts from a Bridge, 94 Am. J. Int'l L. 826 (2000)

Introduction, Special Issue: European Identity and the Opposing Pulls of Globalization, Nationalism and Regionalism, 5 Colum. J. Eur. Law 365 (1999)

Book Review, Ami Barav & Christian Philip, Dictionnaire juridique des communautés européennes, 1995 Revue Internationale de Droit Comparé 260 (1995)

Réflexions sur le droit administratif aux Etats-Unis, 1993-1994 (with P. Lindseth), 46 Conseil d'Etat Etudes et Documents 515 (1994)

Evolution du droit administratif américain 1992-1993 (with P. Lindseth), 45 Conseil d'Etat Etudes et Documents 483 (1993)

Introduction, Symposium on Harmonization in the European Community, 29 Colum. J. Transnat'l L. 7 (1991)

Book Review, Integration through Law: Europe and the American Federal Experience (vol. 1, books 1-3) (M. Cappelletti, M. Seccombe, & J. Weiler), 11 Fordham Int'l L.J. 232 (1987)

In Memoriam: Charles Szladits (1911-1986), 34 Am. J. Comp. L. 822 (1986)

French Public Law, in THE WORLD'S LEGAL SYSTEMS: PAST AND PRESENT (G. Bermann & J. Hazard, eds.) (Condyne Audio Tape Series 1985)

The Law of the European Economic Community, in THE WORLD'S LEGAL SYSTEMS: PAST AND PRESENT (G. Bermann & J. Hazard, eds.) (Condyne Audio Tape Series 1985)

Book Review, P. Schuck, Suing Government: Citizen Remedies for Official Wrongs, 99 Pol. Sci. Q. 120 (1984)

11

Professor G.A. Bermann

Book Review, Z. Nedjati and J. Trice, English and Continental Systems of Administrative Law, 28 Am. J. Comp. L. 105 (1980)

## GUEST LECTURES:

Columbia Law School Lecture Series on Challenges of International Governance Regimes (2004)
  "The European Union as a Constitutional Experiment"
Cour de Cassation (Supreme Court) of France (2003)
  "Le droit comparé et le droit international: alliés or ennemis?"
American Foreign Law Association (New York) (2003)
  "The Expatriation of US Statutory Claims"
Cambridge University (UK), Center for European Law, Cambridge, UK (2002)
  "The Judicial Role in Policing Federalism: The US and the EU"
Institut des Science Politiques, Paris, France, (2002)
  "The Judicial Role in Policing Federalism: The US and the EU"
European Community Studies Association, 6th biennial conference, Madison, Wis (2001)
  «Law in an Enlarged European Union», published in 4 European Union Studies Association (EUSA) Review, no. 3 (summer 2001)
British Institute of International and Comparative Law, London, UK (2001)
  «European Law and European Enlargement»
Institut de Droit Comparé, University of Paris II, Paris, France (2001)
  «Proportionality and Federalism in Recent Supreme Court Case Law»
Federal Judicial Center and Princeton University, Princeton, NJ (2001)
  "European Union: Between Law and Politics"
European University Institute, Florence, Italy (2001)
  «Litigating in the Other's Court: A New Forum for Fashioning EU/US Relations»
Columbia University, School of International and Public Affairs (1999-2001)
  "Law in an Enlarged European Union"
Princeton University, Center of International Studies, Princeton, New Jersey (2000)
  «The States and Foreign Affairs»
Tulane University, School of Law, New Orleans, Louisiana (2000) «Introduction to the Centennial World Congress of Comparative Law»
University of Wisconsin, Madison, Wisconsin (2000) «Genetically-Modified Organisms and Food Safety in US/ EU Relations»
European University Institute, Florence, Italy (2000)
  «Federalism and the Treaty Power»
School of International and Public Affairs, Columbia University (2000)
  «Flexibility in the EU: A Critique of the Amsterdam Treaty's Provisions on 'Closer Cooperation'»University of Paris I, France (1998)
University of Paris I, France (1998)
  «Constitutional Jurisdiction of U.S. Courts over Non-Nationals»
Legal Service of the Commission of the European Communities, Brussels, Belgium (1998)
  «Federalism Obstacles to Effective US Participation in International Legal Regimes»
Princeton University, Woodrow Wilson School of Internationl Affairs, New Jersey (1998)
  «Subsidiarity: An Update»
Princeton University, Alumni College, New Jersey (1997)
  «The Idea of Europe: A Legal Dimension»
Universities of Berlin (Humboldt University), Bonn, Erlangen-Nüremberg and Munich, Germany (1997)
  «An American Perspective on the 1996 European Intergovernmental Conference»
Universities of Rome (La Sapienza), Italy, and Lausanne, Switzerland (1997)
  Subsidiarity: Does it Have a Future?» (published in Centro di studi e ricerche di diritto comparato e straniero, «Saggi, Conferenze e Seminari» (No. 26) (Rome, 1997))

12

Professor G.A. Bermann

American Bar Association, Section of Administrative Law and Regulatory Practice 1996 Mid-year
Meeting, Baltimore, Maryland (1996)
    "Regulatory Practice in the European Commission"
University of Barcelona, Spain (1995)
    "U.S. Administrative Law in Comparative Perspective"
Tulane Law School, Eason-Weinmann Distinguished Lecture, New Orleans, Louisiana (1994)
    "European Community Law from a US Perspective"
Legal Service of the Commission of the European Communities, Brussels, Belgium (1994)
    "The Interstate Commerce Clause: Lessons for the European Community"
Association of the Bar of the City of New York, Comparative and Foreign Law Committee (1992)
    "Europe after the French Referendum on Maastricht"
Association of the Bar of the City of New York, International Law Weekend (1992)
    "The Maastricht Treaty"
National People's Congress of the People's Republic of China (Legislative Affairs Commission,
Administrative Litigation Research Group), Beijing, China (1991)
    "Administrative Procedure in the United States and in Western Europe"
National People's Congress of the People's Republic of China (Legislative Affairs Commission,
Administrative Litigation Research Group) Beijing, China (1989)
    "Government Liability in the United States, France, West Germany and the European Economic
    Community"
New York State Bar Association annual meeting, New York, New York (1989)
    "1992: Its Constitutional Significance"
Carnegie Council on Ethics and International Affairs, New York, New York (1987)
    "The Single European Act: A New Constitution for the Community?"
Crossroads Africa, African Leaders Program, Southampton, New York, New York, (1983-87)
    "Introduction to the American Legal System" (orientation seminar for African jurists)
University of Clermont-Ferrand, Clermont-Ferrand, France (1982)
    "*Vermont Yankee* and Judicial Review of Agency Rulemaking" and
    "Trends in Governmental and Officer Liability in the United States"
Centre d'Etudes du "Common Law," University of Paris I, Paris, France (1982)
    "Trends in Governmental and Officer Liability in the United States"
University of Lausanne, Lausanne, Switzerland (1982)
    "Legislative Control of Administrative Action in the United States,"
    "Executive Control of Administrative Action in the United States," and
    "Judicial Control of Administrative Action in the United States"
University of Paris I, Paris, France (1981)
    "Freedom of Information in the United States" and "Proceduralism in American Administrative
    Law"
Max-Planck-Institut, Hamburg, Germany (1980)
    "Governmental Liability Reform in Germany and the United States"
University of Bonn, Bonn, Germany (1980)
    "Governmental Liability Reform in Germany and the United States"

## HONORARY DEGREES AND AWARDS::

Jean Monnet Chair of European Law (conferred July 2001)
University of Fribourg, Switzerland (conferred Nov. 2000)
Honorary President, American Society of Comparative Law (conferred Oct. 2004)
Distinguished Service Award, American Foreign Law Association (conferred June 2005)
Tocqueville-Fulbright Distinguished Professorship (University of Paris) (June-Dec. 2006)

Professor G.A. Bermann

**BAR ADMISSIONS:**

Supreme Court of the United States (1992)
Southern District of New York (Federal) (1980)
Eastern District of New York (Federal) (1980)
New York State (1972)

**LEGISLATIVE TESTIMONY:**

UK Select Committee of House of Lords: UK Ratification of the Draft European Constitution (2005)
Senate Judiciary Committee: The OPEC countries, sovereign immunity and act of state (2004)
House Committee on Foreign Affairs: Colombian practice in international arbitration and Andean
    legislation benefits (2002)
House Committee on Government Operations: Tort liability of federal public officials (1983)

**FOREIGN LANGUAGES:**

French
German
Spanish (reading)

date:    August 2006