**EXHIBIT 14**

# CDC IXIS FINANCIAL GUARANTY EUROPE

# PLAN DE « PERFORMANCE UNITS »

## 1. Objet

La société CIFG (CDC Ixis Financial Guaranty) Holding (ci-après la Société) souhaite aider la société CIFG Europe à attirer, motiver et retenir au sein de ses effectifs les talents dont les performances ont un impact sur le succès à long terme et la compétitivité du groupe CIFG. Afin d'atteindre cet objectif, il est proposé de leur procurer une rémunération compétitive qui tienne compte de leurs performances.

Ce plan dénommé « performance units plan » ou « PUP » a pour objet l'attribution aux bénéficiaires désignés conformément aux dispositions du plan des droits dits « performance units » dans les conditions définies ci-après.

## 2. Gestion du plan

(a) <u>Pouvoir du Directoire</u>. Sous réserve des décisions du Conseil de Surveillance de la Société, le Directoire de la Société gère le PUP conformément aux dispositions ci-après définies et a tout pouvoir pour l'appliquer, l'interpréter et le modifier sous réserve de l'accord des bénéficiaires en ce qui concerne leurs éventuels droits acquis en vertu des dispositions de ce plan.

(b) <u>Délégation de pouvoirs</u>. Le Directoire se réserve le droit de déléguer tout ou partie de ses attributions relatives au PUP à toute personne, commission ou comité par lui désigné.

Nonobstant cette possibilité de délégation, seul le Directoire a le pouvoir d'attribuer des « performance units » aux mandataires sociaux de CIFG Europe et de définir ou modifier la Formule d'évaluation.

(c) <u>Limitation de responsabilité</u>. Dans l'exercice de leurs responsabilités relatives au PUP, les membres du Directoire et toutes personnes désignées par lui sont présumés agir de bonne foi et en fonction des informations qui leur sont communiquées par les mandataires sociaux, les salariés, les commissaires aux comptes ou tout autre professionnel désigné par la société pour l'assister dans la gestion du PUP. Aucun membre du Directoire ou toute autre personne désignée par lui ne pourra être tenu pour personnellement responsable des actions exécutées de bonne foi en application de ce plan. Ils seront en droit d'être assistés et indemnisés par la société, dans les limites autorisées par la loi applicable, contre toute action intentée contre eux en raison d'une décision prise pour l'application du PUP.

## 3.     Définition et évaluation des « performance units »

Chaque « performance unit » est affectée d'une valeur nominale d'un euro (EUR). Sa valeur définitive est calculée en fonction d'une Formule d'Evaluation définie pour chaque attribution et payée au bénéficiaire à l'issue d'une période dite « période de performance » d'une durée fixée à trois ans sous réserve des dispositions applicables à certaines situations spécifiques.

La valeur issue de la formule d'évaluation applicable est arrêtée par le Directoire à l'occasion de chaque nouvelle attribution. Au titre de l'année 2004, la formule retenue est définie en annexe 1 au présent document.

## 4.     Critères d'attribution

Les « performance units » ne peuvent être attribuées qu'aux seuls salariés et mandataires sociaux de CIFG Europe désignés par le Directoire.

Aucune condition d'ancienneté n'est exigée.

## 5.     Attributions et liquidation des « performance units »

### (a)     Attributions des « performance units »

En application des dispositions du PUP, le Directoire désigne les salariés éligibles à qui les « performance units » seront attribuées, spécifie le nombre de « performance units » attribuées à chacun d'entre eux et la période de performance à laquelle ces droits se réfèrent.

Les attributions devront être faites au plus tard 120 jours après le début de la période de performance servant de référence. Le Directoire détermine de manière discrétionnaire les salariés, répondant aux conditions de l'article 4, devant bénéficier d'une attribution de « performance units » et le nombre de « performance units » qui pourra leur être attribué pour chaque période de performance.

Afin de sélectionner les bénéficiaires, le Directoire pourra tenir compte des performances passées ou attendues, des niveaux de responsabilités actuels ou futurs, de la capacité des salariés à influer ou contribuer au résultat de la Société et de tout autre critère qui lui semblerait pertinent. Les attributions ainsi que les critères retenus par le Directoire peuvent ne pas être uniformes ou égaux d'un salarié ou mandataire social à un autre au cours de la même période de performance.

(b)   Détermination de la valeur des « performance units »

La valeur des « performance units » sera calculée à chaque date anniversaire de la période de performance à laquelle elles se rapportent. La valeur de chaque unité est déterminée en fonction de la Formule d'évaluation définie à l'attribution. Sauf si des circonstances particulières l'exigent, l'évaluation des « performance units » sera arrêtée dans les 45 jours suivant la certification des comptes par le commissaire au compte de la Société.

Nonobstant les dispositions du paragraphe précédent, le Directoire peut ajuster la valeur des « performance units » à tout moment à la suite d'événements affectant les résultats du groupe CIFG au cours de la période de performance et qui n'auraient pas de lien direct avec l'activité de la Société, notamment, un changement de législation ou de règles comptables. Il est entendu que de tels évènements restent rares et toute modification sera faite en toute équité pour la Société et les bénéficiaires dans le cadre des objectifs du plan.

(c)   Acquisition des « performance units » ; perte des « performance units » non-acquises

Les « performance units » ou fractions de « performance units » sont définitivement acquises par tiers chaque année à la date anniversaire de la clôture des comptes sous réserve d'être présent dans les effectifs à ces dates.

Nonobstant les dispositions du paragraphe précédent, en cas de transfert d'un bénéficiaire dans une autre entité du groupe CIFG, entraînant la rupture de son contrat de travail ou de son mandat social avec CIFG Europe, les « performance units » qui n'auraient pas été définitivement acquises à la date du transfert continueront à être acquises par celui-ci conformément aux dispositions du $1^{er}$ paragraphe du présent article. En ce qui concerne les « performance units » attribuées en tant que salarié ou mandataire social de CIFG Europe, les conséquences de la rupture ultérieure de son contrat de travail avec les autres entités du groupe CIFG seront régies par le présent PUP comme si la rupture du contrat était intervenue avec CIFG Europe.

En cas de départ à la retraite ou de mise en retraite d'un bénéficiaire, les « performance units » qui n'auraient pas été définitivement acquises continueront à s'acquérir par celui-ci conformément aux dispositions du $1^{er}$ paragraphe du présent article sous réserve qu'il ne réalise aucune des actions prohibées ci-après définies. Les « performance units » qui ne sont pas définitivement acquises en cas de rupture du contrat de travail pour toute autre cause seront définitivement perdues à la date de fin du contrat.

Les actions prohibées sont définies comme le fait pour le bénéficiaire de réaliser une ou plusieurs des actions suivantes sans le consentement écrit et préalable de la Société :

(1)  s'engager, opérer, contrôler, participer ou travailler directement ou indirectement au bénéfice de toute société de garantie financière considérée par le Directoire comme un concurrent du groupe CIFG que ce soit en tant qu'agent, salarié, mandataire social ou prestataire extérieur pendant la durée de la période de performance. Toutefois, la détention d'actions de sociétés concurrentes dans la limite d'un pour cent de leur capital n'est pas considérée comme une action prohibée tant que le bénéficiaire ne participe pas activement à l'activité de ladite société ;

(2)  employer, débaucher ou recommander pour un emploi à un tiers pendant la période de performance, toute personne qui est ou a été salariée du groupe CIFG ;

(3)  solliciter directement ou indirectement les clients du groupe CIFG pour leur fournir ou tenter de leur fournir tout bien ou service procuré par la Société ou encore persuader ou tenter de persuader ses clients de cesser leurs relations avec le groupe CIFG ;

(4)  communiquer ou rendre accessible à un tiers ou utiliser autrement que pour le seul bénéfice du groupe CIFG, toute information confidentielle ou dont la Société est détentrice, obtenue en tant que salarié ou mandataire du groupe CIFG. Cette disposition n'est pas applicable aux informations disponibles au public, sauf violation de la confidentialité. Cette disposition ne saurait être appliquée aux informations communiquées à la requête de juridictions ou d'autorités administratives, sous réserve que le bénéficiaire a informé la Société de cette requête dès que possible et a coopéré avec la Société afin d'éviter ou de limiter par toutes les voies légales ou matérielles la divulgation desdites informations.

Nonobstant les dispositions des paragraphes précédents, les « performance units » qui n'auraient pas été définitivement acquises, le seront immédiatement en cas de rupture du contrat de travail pour cause de décès du bénéficiaire ou d'invalidité reconnue de 2$^e$ ou 3$^e$ catégorie telle que définie à l'article L 341-4 du Code de la sécurité sociale ou une invalidité considérée comme équivalente dans le régime de sécurité sociale dont le bénéficiaire dépendrait lors de la survenance de l'événement et à cette date.

      (d)    <u>Paiement</u>

(1)  Sous réserve des dispositions spécifiques ci-après, la valeur des « performance units » acquises par un bénéficiaire sera déterminée conformément aux dispositions du paragraphe 5 (b). L'équivalent monétaire des « performance units » lui sera versé dans les meilleurs délais à la fin de la période de performance à laquelle elles se rapportent après approbation des comptes par les commissaires aux comptes de la Société.

      (2)    <u>Dispositions spécifiques en cas de rupture du contrat de travail</u>

En cas de rupture du contrat de travail avant la fin de la période de performance (sauf hypothèse 3 ci-dessous), la valeur des « performance units

» acquises par un participant sera déterminée conformément à la valeur estimée à la date de clôture de l'exercice précédant la fin du contrat de travail et sera payée à la date du troisième anniversaire suivant la date d'attribution.

(3)   Licenciement pour cause réelle et sérieuse, faute grave ou lourde

En cas de licenciement pour cause réelle et sérieuse, faute grave ou lourde avant la fin de la période de performance, la valeur sera égale au plus faible des montants suivants (1) la valeur des « performance units » acquises déterminée à la date de fin de la période de performance, et (2) la valeur estimée à la date de clôture de l'exercice précédent la fin du contrat de travail et sera payée à la date du troisième anniversaire suivant la date d'attribution.

(4)   Décès

En cas de rupture du contrat de travail pour cause de décès avant la fin de la période de performance, la valeur des « performance units » du bénéficiaire sera déterminée à la date de clôture de l'exercice précédant la fin du contrat de travail et l'intégralité des « performance units » acquises sera payée après évaluation dans les meilleurs délais soit à la succession soit aux héritiers désignés selon les règles de dévolutions successorales et sur présentation d'un document officiel attestant de leur qualité d'héritier.

(5)   Invalidité

En cas de rupture du contrat de travail pour cause d'invalidité avant la fin de la période de performance, la valeur des « performance units » du participant sera déterminée à la date de clôture de l'exercice précédant la fin du contrat de travail et l'intégralité des « performance units » acquises sera payée après leur évaluation dans les meilleurs délais.

(6)   Devise et Taux de change

Le paiement des « performance units » sera effectué dans la devise utilisée pour le paiement de la rémunération principale du bénéficiaire dans le cadre du contrat de travail le liant au groupe CIFG.

La valeur des « performance units » évaluée en EUR sera convertie au taux de change arrêté par la Banque centrale européenne du jour de clôture de l'exercice de la Société précédant le paiement.

(e)   Suspension du contrat

Sauf décision contraire du Directoire, le paiement effectué à un bénéficiaire totalisant plus de trois mois de suspension de son contrat de travail quel qu'en soit la cause (en dehors des congés payés) au cours de la période de performance considérée sera diminué du montant des droits acquis correspondant à la durée de la suspension sur la totalité de la période de performance.

Sauf décision contraire du Directoire et dans les hypothèses visées aux (2), (3), (4) et (5) du (d) de l'article 5, le paiement effectué à un bénéficiaire totalisant plus de trois mois de suspension de son contrat de travail quel qu'en soit la cause (en dehors des congés payés) entre la date de début de la période de performance et la date de rupture de son contrat de travail sera diminué du montant des droits acquis correspondant à la durée de la suspension sur la période entre la date de début de la période de performance et la date de rupture de son contrat de travail.

## 6. Dispositions générales

### (a) Absence de droits acquis ; Absence de droits d'actionnaires

Jusqu'à ce que le Directoire choisisse de distribuer des « performance units », aucun salarié ne peut se prévaloir d'un quelconque droit à attribution de droits ou participation au plan. L'attribution de ces « performance units » ne peut donner lieu à aucun versement qui ne soit expressément prévu par le plan.

L'attribution de « performance units » à un salarié ou un mandataire social de CIFG Europe ne peut en aucun cas constituer un droit à l'attribution de nouvelles « performance units ».

La participation au plan ne donne aucune prérogative d'actionnaire de la Société ou de ses filiales aux bénéficiaires.

### (b) Droit à l'emploi

Aucune des dispositions du PUP ne peut être interprétée comme constituant la reconnaissance de l'existence d'un contrat de travail, une garantie de maintien de l'emploi ou limitant la possibilité de mettre fin au contrat de travail d'un salarié ou d'un mandat social.

### (c) Non-transférabilité

Les « performance units » ou autres droits issus du plan ne peuvent être transférés à quiconque sauf en cas de décès conformément aux règles de dévolution successorale. Elles ne peuvent en aucune façon faire l'objet d'une quelconque négociation et notamment d'une cession, donation, nantissement, etc.

### (d) Financement du plan

Il est entendu que ce plan ne fait l'objet d'aucun financement préalable.

Aucune des dispositions de ce plan ne peut être interprétée comme plaçant les bénéficiaires dans une situation privilégiée par rapport aux autres

créanciers de la Société, sous réserve des dispositions spécifiques aux créances salariales applicables au bénéficiaire concerné.

(e)  Déductions

La Société se réserve le droit de déduire de ce versement toutes taxes et charges sociales dues en raison de la ou des législations applicables.

Les bénéficiaires sont tenus d'accomplir toutes les formalités fiscales liées au paiement en fonction de la ou des législations qui leur sont applicables.

(f)  Législation applicable

Ce plan est régi par les dispositions du droit français.

(g)  Modifications et fin du plan

Le Directoire se réserve le droit à tout moment de modifier, de mettre fin ou de suspendre le PUP sous réserve que cette modification n'affecte pas les règles applicables aux « performance units » déjà attribuées sans l'accord des bénéficiaires.

S'il est mis fin au PUP de façon anticipée, les « performance units » attribuées seront considérées comme définitivement acquises et leur valeur actuelle sera payée dès que possible en fonction de la valeur retenue à la clôture du dernier exercice précédant la décision de mettre fin au plan.

Il sera automatiquement mis fin au PUP dès lors que la Société n'aura plus aucune obligation de paiement en fonction des dispositions du plan.

Fait à

Le


Signature

CONFIDENTIEL                                              Projet n°4 du 8 juillet 2004

## Annexe 1
### FORMULE D'EVALUATION DES VERSEMENTS

PERIODE DE PERFORMANCE DU 1er JANVIER 2004 AU 31 DECEMBRE 2006
POUR UNE MISE EN PLACE EFFECTIVE DU PLAN AU 15 MARS 2004

A la fin de la période de performance 2004-2006, la somme du résultat net avant impôt (RNAI, c'est-à-dire le résultat net comptable consolidé de la Société CIFG Holding déterminé à la seule discrétion du Directoire) est divisé par le montant cible (MC) et multiplié par le facteur d'intérêt. Le résultat obtenu est la valeur finale des « performance units ». La valeur des « performance units » évaluée en USD sera convertie au taux de change arrêté par la Banque centrale européenne du jour de clôture de l'exercice de la Société précédant l'évaluation. Cette valeur finale est comprise entre une valeur plancher et une valeur plafond. Le versement individuel est égal à la valeur finale par « performance unit » multipliée par le nombre de « performance units » acquises par le bénéficiaire. Ce paiement est analogue à celui d'un bonus.

Le montant cible est la somme du RNAI cible des années 2004, 2005 et 2006, soit 25,083,000 USD, 55,576,000 USD, et 97,696,000 USD, respectivement, pour un total de 178,355,000 USD.

Le facteur d'intérêt, 1,067500[1], représente le taux de croissance d'un USD de la date de mise en place effective du plan (définie ci-dessus) au troisième anniversaire.

La valeur plafond est égale à 1,50.

La valeur plancher est initialement égale à 0 et peut être modifiée en fonction des RNAI successifs. La valeur plancher est revue à la date anniversaire de la mise en place effective du plan. Si le RNAI certifié excède la valeur cible de 25,083,000 USD, la valeur plancher est fixée au plus élevé de : a) un tiers b) le RNAI 2004 certifié divisé par le montant cible. Si le RNAI cible 2004 n'est pas atteint, la valeur plancher reste fixée à zéro.

La valeur plancher est ensuite revue à la date du second anniversaire de la mise en place effective du plan.
- Si la somme des RNAI 2004 et 2005 certifiés est supérieure à la somme des RNAI 2004 et 2005 cibles (c'est-à-dire 80,659,000 USD = 25,083,000 USD + 55,576,000 USD), une nouvelle valeur plancher est fixée au plus élevé de : a) 2/3 et b) la somme des RNAI 2004 et 2005 certifiés divisée par le montant cible.
- Si la somme des RNAI 2004 et 2005 certifiés est inférieure à la somme des RNAI 2004 et 2005 cibles mais que le RNAI 2005 certifié est supérieur au RNAI 2005 cible, la valeur plancher est fixée au plus élevé de : a) un tiers b) le RNAI 2005 certifié divisé par le montant cible.
- Dans tous les autres cas la valeur plancher reste inchangée.

En aucune circonstance, la valeur plancher ne pourra excéder la valeur plafond.

---

[1] 1 USD + un intérêt au taux de 2.2% annuel pendant 3 ans