# EXHIBIT 15



### Compensation Data

**Name:** Kathleen Cully

**March 15, 2006 -- Salary 2006:** $275,000

**March 15, 2006 -- Bonus 2005:** $225,000

**Long Term Incentive:** Notional Value: $100,000

CIFG Services, Inc.
825 Third Avenue, 6th Floor
New York, NY 10022
Tel. (212) 909-3939
Fax (212) 909-3958
www.cifg.com

