EPSTEIN BECKER & GREEN, P.C.
Donna Marie Werner
250 Park Avenue
New York, NY 10177-1211
Telephone: (212) 351-4500
Fax: (212) 661-0989
Email: DWerner@ebglaw.com
*Attorneys for Defendant Jacques Rolfo*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
KATHERINE G. CULLY,

          Plaintiff,

- against -

CIFG HOLDING, CIFG GUARANTY, CIFG EUROPE,
CIFG SERVICES, INC., CIFG ASSURANCE NORTH
AMERICA INC., and JACQUES ROLFO,

          Defendants.
-------------------------------------------------------x

Index No. 07 Civ 8195 (PKC)

STIPULATION AND
[PROPOSED] ORDER
REGARDING SUBSTITUTION
OF COUNSEL AND NOTICE
OF APPEARANCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the law firm of Arkin Kaplan Rice LLP, with offices located at 590 Madison Avenue, 35th Floor, New York, New York 10022, shall be substituted as attorneys of record for Defendant Jacques Rolfo as of the date hereof.

NY:2428100v1

PLEASE TAKE NOTICE that Arkin Kaplan Rice LLP should be served with and/or receive copies of all papers and communications in this proceeding at the address provided below.

Dated: New York, New York
February ___, 2008

ARKIN KAPLAN RICE LLP

_____
Alan Arkin
Email: alarkin@arkin-law.com
590 Madison Avenue, 35th Fl.
New York, New York 10022
Telephone: (212) 333-0200
Fax: (212) 333-02350
*Appearing Counsel for Defendant
Jacques Rolfo*

EPSTEIN BECKER & GREEN, P.C.

_____
Donna Marie Werner
Email: DWerner@ebglaw.com
250 Park Avenue
New York, NY 10177-1211
Telephone: (212) 351-4500
Fax: (212) 661-0989
*Withdrawing Counsel for Defendant
Jacques Rolfo*

SO ORDERED:

_____
U.S.D.J.

2-26-08

NY:2428100v1