UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08
```

KATHLEEN CULLY,

        Plaintiff,

- against -

CIFG HOLDING, CIFG GUARANTY,
CIFG EUROPE, CIFG SERVICES, INC.,
CIFG ASSURANCE NORTH AMERICA,
INC., and JACQUES ROLFO

        Defendants.

------------------------------------------------------x

07 Civ. 8195 (PKC)

REVISED CIVIL CASE
MANAGEMENT PLAN
AND SCHEDULING ORDER

This Revised Civil Case Management Plan, submitted in accordance with Rule 26, Fed. R. Civ. P., is adopted as the Scheduling Order of this Court in accordance with Rule 16, Fed. R. Civ. P.:

1. The date for completing all fact discovery, including depositions, is extended from April 30, 2008 to June 30, 2008. *The date for completing all expert discovery is extended to August 22, 2008. In all other respects the Scheduling Order remains unchanged.*

2. The next conference is scheduled for July 11, 2008, at 9:30 a.m.

SO ORDERED

Dated: New York, New York
      April 10, 2008

                                      P. Kevin Castel
                                      United States District Judge

251159 v1