```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

KATHLEEN G. CULLY,

                Plaintiff(s),                07 Civ. 8195 (PKC)

    -against-

CIFG HOLDING, et al.             ORDER

                Defendant(s).

-----------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

As a result of a Pre-Trial Conference [and argument] held before this Court today, the following is ORDERED:

1. The Seventh through Eleventh causes of action are dismissed with leave to replead by June 16, 2008. All claims arising under the 2003 Stock Option Plan are dismissed without prejudice on consent. (See Transcript.)

2. By June 30, 2008, the defendant(s) shall respond to the amended complaint.

3. Defendants' motion to dismiss is *denied* in all other respects denied.

4. ~~The~~ Fact Discovery is extended to July 31, 2008.

5.

6. The next conference in this matter will be held on October 3, 2008 ~~, 200~~ at 10:15 am.

P. Kevin Castel
United States District Judge

Dated: New York, New York
May 29, 200