UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

KATHLEEN G. CULLY,

      Plaintiff,

- against -

CIFG HOLDING, CIFG
GUARANTY, CIFG EUROPE,
CIFG SERVICES, INC., CIFG
ASSURANCE NORTH AMERICA,
INC., and JACQUES ROLFO

      Defendants.

----------------------------------X

07 Civ. 8195 (PKC)

ECF CASE

STIPULATION TO AMEND
THE COMPLAINT

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08
```

IT IS HEREBY STIPULATED and agreed to by and among the undersigned attorneys for the parties as follows:

On June 16, 2008, when plaintiff files an Amended Complaint repleading the Seventh through Eleventh causes of action, leave for which was granted by the Court by Order dated May 29, 2008, plaintiff will also be permitted to amend the Complaint to add: (1) a claim that the CIFG-related defendants breached their agreement with plaintiff by failing to process her exercise of stock options granted pursuant to the 2003 Stock Option Plan and 2003 Stock Option Agreement; and (2) clarify that if defendants have designated plaintiff's long-term incentive compensation for 2005 as consisting entirely of performance units, that plaintiff alleges that such act constitutes part of the retaliatory conduct of all defendants.. Defendants' agreement to this Amendment of the Complaint is without prejudice.

252465 v1

Dated: New York, New York
June 12, 2008

          VLADECK, WALDMAN, ELIAS &
          ENGELHARD, P.C.

By: _____
      Anne L. Clark
      1501 Broadway, Suite 800
      New York, New York 10036
      (212) 403-7300
      aclark@vladeck.com
      Attorneys for Plaintiff

      EPSTEIN, BECKER & GREEN, P.C.

By: _____
      Kenneth J. Kelly
      250 Park Avenue
      New York, New York 10177
      (212) 351-5400
      kkelly@ebglaw.com
      Attorneys for CIFG defendants

      ARKIN KAPLAN RICE, LLP

By: _____
      Alan Arkin
      590 Madison Avenue
      New York, New York 10022
      (212) 333-0200
      alarkin@arkin-law.com
      Attorneys for defendant Jacques Rolfo

SO ORDERED

_____, USDJ

6-13-08

252465 v1