UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

KATHLEEN G. CULLY,

        Plaintiff,

- against -

CIFG HOLDING, CIFG GUARANTY, CIFG EUROPE, CIFG SERVICES, INC., CIFG ASSURANCE NORTH AMERICA, INC., and JACQUES ROLFO

        Defendants.
------------------------------------X

07 Civ. 8195 (PKC)

<u>NOTICE OF APPEARANCE</u>

<u>ECF CASE</u>

        PLEASE TAKE NOTICE that the undersigned enters his appearance as counsel for plaintiff herein.

Dated: New York, New York
       June 13, 2008

                     VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.

                   By: _____
                        Jeremiah J. Iadevaia (JI 7814)
                        Attorneys for Plaintiff
                        1501 Broadway, Suite 800
                        New York, New York  10036
                        (212) 403-7300
                        jiadevaia@vladeck.com

249161 v1