EPSTEIN BECKER & GREEN, P.C.
Kenneth J. Kelly (KK 4195)
Lori A. Jordan (LJ 0853)
250 Park Avenue
New York, New York 10177-0077
(212) 351-4500
Attorneys for Defendant
  CIFG Holding Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
KATHLEEN G. CULLY,                                       :
                                                         :
                    Plaintiff,                           :
                                                         :
         - against -                                     :   07 CIV. 8195 (PKC)
                                                         :
CIFG HOLDING, CIFG GUARANTY, CIFG                        :   **NOTICE OF**
EUROPE, CIFG SERVICES, INC., CIFG                        :   **APPEARANCE**
ASSURANCE NORTH AMERICA, INC., and                       :
JACQUES ROLFO,                                           :
                                                         :
                    Defendant.                           :
-------------------------------------------------------- x

       PLEASE TAKE NOTICE that the undersigned enters her appearance as counsel for defendants CIFG Holding Ltd., CIFG Guaranty Ltd., CIFG Europe, CIFG Services, Inc., and CIFG Assurance North America, Inc. herein.

Dated: New York, New York
       June 30, 2008

                                              EPSTEIN BECKER & GREEN, P.C.

                                              By: _/s/ Lori A. Jordan_____
                                                   Lori A. Jordan (LJ-0853)
                                            250 Park Avenue
                                            New York, New York 10177-1211
                                            (212) 351-4500
                                            ljordan@ebglaw.com
                                            Attorneys for Defendants
                                            CIFG Holding Ltd., CIFG Guaranty Ltd.,
                                            CIFG Europe, CIFG Services, Inc., and CIFG
                                            Assurance North America, Inc.

NY:2710414v1