**EPSTEIN BECKER & GREEN, P.C.**
Kenneth J. Kelly (KK 4195)
Lori A. Jordan (LJ 0853)
250 Park Avenue
New York, New York 10177-0077
(212) 351-4500
Attorneys for Defendant
 CIFG Holding Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

KATHLEEN G. CULLY,

              Plaintiff,

       - against -

CIFG HOLDING, CIFG GUARANTY, CIFG EUROPE, CIFG SERVICES, INC., CIFG ASSURANCE NORTH AMERICA, INC., and JACQUES ROLFO,

              Defendant.

------------------------------------------------------------x

07 CIV. 8195 (PKC)

**NOTICE OF CHANGE OF ADDRESS**

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _Lori A. Jordan_

☒ Attorney

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _LJ 0853_

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ **Law Firm/Government Agency Association**

    From: _McCusker, Anselmi, Rosen, Carvelli & Walsh, P.C._

    To: _Epstein Becker & Green, P.C._

NY:2710371v1

☒   I will continue to be co-counsel of record on the above-entitled case at my new firm/agency.

☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒   Address:   Epstein Becker & Green, P.C., 250 Park Avenue, New York, NY 10177

☒   Telephone Number:   (212) 351-4500

☒   Fax Number:   (212) 661-0989

☒   E-Mail Address:   ljordan@ebglaw.com

Dated: June 30, 2008   _/s/ Lori A. Jordan_