UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KATHLEEN CULLY,

                         Plaintiff,                      07 Civ. 8195 (PKC)

        -against-

                                                       ORDER

CIFG HOLDING, et al.,

                         Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

        Defendants may respond to July 31 application with letter briefs, affidavits and declarations, as appropriate, filed by August 22. Plaintiffs may reply by September 3.

        SO ORDERED.

                                                      P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
           August 4, 2008